UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.: 2:21-cv-00802-SPC-KCD

ACUFLOOR, LLC,

    Plaintiff,

v.

EVEN TILE USA, LLC. and
FORPAC, LLC,

    Defendants.
_____/

**DEFENDANT FORPAC, LLC'S
NOTICE OF SUBSTITUTION OF LEAD COUNSEL**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Pursuant to this Court's November 1, 2021 Notice (Dkt. 6) and Local Rule 2.02(a) I, W. John Eagan, the undersigned attorney, enter my substitution as lead counsel in the above-captioned case for Defendant, Forpac, LLC. I certify that I am authorized to practice in this court and should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity for this case.

Dated: November 7, 2022

/s/ W. John Eagan
W. John Eagan
Florida Bar No. 105,101
johneagan@malloylaw.com
Oliver Alan Ruiz
Florida Bar No. 524,786
oruiz@malloylaw.com
**MALLOY & MALLOY, P.L.**

        2800 S.W. Third Avenue
Miami, Florida 33129
Tel: (305) 858-8000
Fax: (305) 858-0008
*Attorneys for Defendant /
Counter-Plaintiff Forpac, LL*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served on November 7, 2022 via CM/ECF or in the manner specified below on all parties of record on the Service List below.

/s/ W. John Eagan
W. John Eagan

## SERVICE LIST

John N. Muratides
Florida Bar No.332615
jmuratides@stearnsweaver.com lwade@stearnsweaver.com
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. 401 E. Jackson Street, Suite 2100
(33602)
Post Office Box 3299
Tampa, Florida 33601
Telephone: (813) 223-4800
Facsimile: (813) 222-5089
Via Email

John R. Emerson Russ.emerson@haynesboone.com *Lead Counsel*
Tiffany M. Cooke Tiffany.cooke@haynesboon.com Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000
Via Email

*Attorneys for Acufloor, LLC*

Joshua D. Martin
Florida Bar No. 28100
josh.martin@johnsonmartinlaw.com
**JOHNSON & MARTIN, P.A.**

500 W. Cypress Creek Rd., Suite 430
Fort Lauderdale, FL 33309
T: (954) 790-6700

Perry S. Clegg
*Pro Hac Vice*
*Lead Counsel*
perry.clegg@johnsonmartinlaw.com
**JOHNSON & MARTIN, P.A.**
50 W. Broadway, Suite 900
Salt Lake City, UT 84101
T: (801) 783-3200

*Attorneys for Defendant Eventile, Inc.*