UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ACUFLOOR, LLC,

    Plaintiff,

v.                                               Case No.:   2:21-cv-802-SPC-KCD

EVENTILE, INC. and FORPAC, LLC,

    Defendants.
_____/

## **ORDER**

    This is a patent dispute regarding a leveling system for tile flooring. (*See* Doc. 101.) The parties have agreed on certain e-discovery procedures, and they now ask the Court to enter an order encompassing their agreement. (Doc. 104.) Having review the parties' proposed order, the Court finds good cause to adopt its provisions.

    Accordingly, it is ORDERED:

1. The Joint Motion for Entry of Stipulated Order Regarding E-Discovery (Doc. 104) is GRANTED;

2. The parties' proposed order (Doc. 104-1) is adopted an incorporated as if set forth herein.

2

**ENTERED** in Fort Myers, Florida this January 11, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record

2