UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ACUFLOOR, LLC,

Plaintiff,

v. Case No.: 2:21-cv-802-SPC-KRH

EVENTILE, INC. and FORPAC, LLC,

Defendants.

---

**OPINION AND ORDER**

This matter comes before the Court on Plaintiff Acufloor, LLC's Time Sensitive Motion for Leave to File a Reply (Doc. 168) and Defendant Eventile, Inc.'s Time Sensitive Motion to Strike Plaintiff's Motion for Leave to File Reply and Request for Fees or, in the Alternative, Defendant's Motion for Leave to File Sur-Reply (Doc. 169).

Plaintiff's motion is only "time sensitive" because Plaintiff waited until one week prior to the status conference to file it. (Doc. 168). A motion is not "time sensitive" when the filer creates its own exigency through dilatory conduct, and further unwarranted designations of motions as "time sensitive" may subject the filer to sanctions. *See* Local Rule 3.01(f).

Plaintiff's last-minute motion also violates Local Rule 3.01(e) because the motion is essentially a reply. (*See* Doc. 168). Moreover, Plaintiff asks that

the reply be due the day prior to the conference, leaving no time for Defendant to file a sur-reply. (*Id.* at 1). This request prompted Defendant to file its own motion—without first conferring with Plaintiff in violation of Local Rule 3.01(g)—seeking to strike Plaintiff's motion, or alternatively, to file a sur-reply. (*See* Doc. 169).

Although the Court does not condone the parties' conduct, it believes that a proper reply and sur-reply would assist the Court in deciding the motions at issue. (Docs. 157, 158). Thus, the Court will order supplemental briefing and cancel the status conference. This is the second time in less than two months that the Court has had to cancel a status conference in this case. (Doc. 162). The Court expects strict compliance with all Local Rules in the future, and it will not continue to alter its schedule to accommodate non-compliant, last-minute motions, which may be summarily stricken or denied.

Accordingly, it is

**ORDERED:**

(1) Plaintiff' Acufloor, LLC's Time Sensitive Motion for Leave to File a Reply (Doc. 168) is **GRANTED**. Plaintiff may file a reply of no more than five pages on or before **August 31, 2026**.

(2) Defendant Eventile, Inc.'s Time Sensitive Motion to Strike Plaintiff's Motion for Leave to File Reply and Request for Fees or, in the Alternative, Defendant's Motion for Leave to File Sur-Reply (Doc.

169) is **GRANTED in part** and **DENIED in part**. Defendant may file a sur-reply of no more than three pages on or before **September 7, 2026**.

(3) The Clerk is **DIRECTED** to cancel the Status Conference set for September 1, 2026, at 1:30 p.m.

**DONE** and **ORDERED** in Fort Myers, Florida on August 27, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record